J.P. Morgan Chase United States v. Schlissel Pettibone v. WB Music Corp.